UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PENSION FUND OF THE JOURNEYMEN AND APPRENTICES OF LOCAL UNION NO. 188 et al., <br><br> Plaintiff, <br><br> v. <br><br> THE MECHANICAL SHOP, INC., <br><br> Defendant. | Case No. CV415-141 |

## ORDER

The Court having reviewed and considered the petition of Louis L. Robein of the law firm of Robein, Urann, Spencer, Picard & Cangemi, 2540 Severn Avenue, Suite 400, Metairie, Louisiana 70002, for permission to appear pro hac vice on behalf of plaintiffs Pension Fund of the Journeymen and Apprentices of Local Union No. 188 et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Louis L. Robein, as counsel of record for plaintiffs Pension Fund of the Journeymen and Apprentices of Local Union No. 188 et al., in this case.

**SO ORDERED** this __20th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA